CITY OF DETROIT *v.* WAYNE CIRCUIT JUDGE.

MANDAMUS—INJUNCTION.

> Mandamus to dissolve an injunction will issue, if necessary, where motion to dismiss the bill on which the injunction is based is granted without leave to amend.

Mandamus by the city of Detroit and others to compel Clyde I. Webster, circuit judge of Wayne county, to dissolve an injunction. Submitted April 13, 1928. (Calendar No. 33,656.) Writ granted October 24, 1928.

*Clarence E. Wilcox* and *Clarence E. Page,* for plaintiffs.

*Edward N. Barnard,* for defendant.

FELLOWS, J. A majority of the court having agreed in the companion case of *Red Star Motor Drivers' Ass'n* v. *City of Detroit, ante,* 480, that the bill should be dismissed, it follows that the injunction based on the bill goes down with it. If the circuit judge does not dissolve the injunction on the remand of that case, the writ should issue as prayed herein.

FEAD, C. J., and NORTH, WIEST, CLARK, McDONALD, POTTER, and SHARPE, JJ., concurred.